Judge: Karen A. Overstreet
Chapter: 13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re: | IN CHAPTER 13 PROCEEDING NO. 10-17705 |
|---|---|
| DARYL M FERGUSON AND JULIE LEA FERGUSON, <br><br> Debtors. | EX PARTE APPLICATION FOR ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE SCHEDULES, STATEMENTS, PLAN AND/OR LISTS |

The Chapter 13 Trustee, as delegated by the U.S. Trustee, pursuant to Local Bankruptcy Rule 1017-2(b), applies *ex parte* for an Order dismissing this case.

The Court file reflects that the debtors received prior notice that the U.S. Trustee may file an *ex parte* motion to dismiss this case if they fail to timely file schedules, statements, plan and/or lists. The applicable deadline or extension date has passed, and the required Schedules, Statements, Plan and/or Lists. Under the circumstances, dismissal of this case is warranted.

Based on the forgeoing**,** the Trustee requests entry of an Order dismissing this case.

**DATED** this 20th day of August, 2010.

/s/ *K. Michael Fitzgerald*
K. Michael Fitzgerald, WSBA #8115
Chapter 13 Trustee

EX PARTE APPLICATION FOR
ORDER DISMISSING CASE

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax:(206) 624-5282
www.seattlech13.com

CM041